UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSE C. (JAY) CROSSON, PH.D, <br><br> Plaintiff, <br><br> v. <br><br> TMF HEALTH QUALITY INSTITUTE *et al.*, <br><br> Defendants. | Civil Action No. 20-18800 (ZNQ) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court on a Motion to Dismiss the Amended Complaint of Plaintiff Jay Crosson ("Plaintiff"), filed by Defendants TMF Health Quality Institute ("TMF"), Stephen D. Thomas ("Thomas"), Debbie Lovato ("Lovato"), and Thomas Manley ("Manley") (collectively, "Defendants"); it appearing that Plaintiff opposed the motion; the Court having considered the parties' written briefs without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this **22nd** day of **March 2023**,

**ORDERED** that Defendants' Motion to Dismiss for lack of personal jurisdiction is **GRANTED**; and it is

**FURTHER ORDERED** that, in lieu of dismissal, this matter is hereby transferred to the Western District of Texas.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

1